No. 362, Misc.  STEWART v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 364, Misc.  PRICE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 366, Misc.  NEWSOM v. SMYTH, SUPERINTENDENT, VIRGINIA PENITENTIARY.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 367, Misc.  REXRODE v. TUCKER, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 368, Misc.  DENEEN v. TUCKER, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 369, Misc.  McABEE v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 370, Misc.  HUGHES v. CALIFORNIA ET AL.  Supreme Court of California.  Certiorari denied.

No. 371, Misc.  POLLACK v. CITY OF NEWARK, NEW JERSEY, ET AL.  C. A. 3d Cir.  Certiorari denied.  Petitioner pro se.  Thomas M. Kane for respondents.

No. 373, Misc.  DOBSON v. MISSOURI.  Supreme Court of Missouri.  Certiorari denied.

No. 375, Misc.  SUDOL v. NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.